RONALD J. TENPAS
Assistant Attorney General
ANDREW A. SMITH
Trial Attorney
New Mexico State Bar No. 8341
United States Department of Justice
Environment and Natural Resources Division
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Telephone: (505) 224-1468
Facsimile: (505) 346-7205
E-Mail: andrew.smith@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Civ. No. 08-8031-PCT-MHM |
| Plaintiffs, | |
| v. | **THE PARTIES' STIPULATION AND JOINT MOTION TO STAY CASE PENDING DISMISSAL** |
| LINDA WADLEIGH, et al., | |
| Federal Defendants, | |
| and | |
| VANE MINERALS (US) LLC, | |
| Defendant-Intervenor. | |

The Parties, by and through undersigned counsel, hereby respectfully request that the Court stay all proceedings and requirements in this case for 45 days or until the Parties file a stipulation of dismissal, whichever is sooner. Today, September 25, 2008, the Parties filed a "Settlement Agreement" that will completely resolve this litigation. See Dkt No. 71. In accordance with that Settlement Agreement, within 30 days the Forest Service will publish in the Federal Register a Notice of Intent to prepare an environmental impact statement

("EIS") that will analyze and disclose the potential environmental effects for future exploratory uranium drilling and accompanying ground-disturbing activities at the seven sites that were part of the VANE Project. Dkt. No. 71 ¶ 2. Upon publication of that Notice of Intent in the Federal Register, the Parties will execute and file the Stipulation of Dismissal that is attached to the Settlement Agreement as Exhibit A, terminating this litigation. Dkt. No. 71 ¶ 5. A stay will therefore prevent the Parties from having to expend unnecessary time and resources on this litigation prior to the imminent dismissal of this case.

A proposed form of order accompanies this Stipulation and Joint Motion.

Respectfully submitted this 25th day of September, 2008.

**Attorneys for Plaintiffs:**

  s/ Marc D. Fink
Marc D. Fink (pro hac vice)
Center for Biological Diversity
4515 Robinson Street
Duluth, Minnesota 55804
Tel: 218-525-3884; Fax: 218-525-3857
mfink@biologicaldiversity.org

Neil Levine (pro hac vice)
Grand Canyon Trust
2539 Eliot Street
Denver, Colorado 80211
Tel: 303-455-0604; Fax: 303-484-8470
nlevine@grandcanyontrust.org

Roger Flynn (pro hac vice)
Western Mining Action Project
P.O. Box 349
440 Main St., #2
Lyons, Colorado 80540
Tel: 303-823-5738; Fax: 303-823-5732
wmap@igc.org

**Attorney for Federal Defendants:**

  s/ Andrew Smith
Andrew Smith
United States Department of Justice
Env. & Natural Resources Division

1  c/o United States Attorney's Office
   201 Third Street, N.W., Suite 900
2  P.O. Box 607
   Albuquerque, New Mexico 87103
3  (zipcode is 87102 for street address)
   Telephone No: (505) 224-1468
4  Facsimile No: (505) 346-7205
   andrew.smith@usdoj.gov
5

6  **Attorneys for VANE Minerals:**

7     s/ John Lacy
   Gary Urman
8  John Lacy
   DeConcini, McDonald, Yetwin, & Lacy
9  2525 East Broadway, Suite 200
   Tucson, AZ 85716-5300
10 Telephone No: 520-322-5000
   gurman@dmyl.com
11 jlacy@dmyl.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27